# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130904

POLICEMEN AND FIREMEN
RETIREMENT SYSTEM,
            Plaintiff-Appellee,

v                                                    SC: 130904
                                                     COA: 263144
                                                     Wayne CC: 04-417061-CZ
CITY OF DETROIT,
            Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the February 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    CORRIGAN, J., would grant leave to appeal.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2006                          _____
                                                                Clerk

d1011